B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Allen, Terry W** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Allen, Courtney Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5468** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7290** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10616 Moss Mill Lane**<br>**Charlotte, NC**            ZIP Code **28277** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10616 Moss Mill Lane**<br>**Charlotte, NC**            ZIP Code **28277** |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business:<br>**Mecklenburg** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☐ Chapter 11      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12         of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,      ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as           business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Allen, Terry W**<br>**Allen, Courtney Marie** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ James H. Henderson**                    **September 22, 2009**<br>Signature of Attorney for Debtor(s)                              (Date)<br>**James H. Henderson 13536** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Allen, Terry W** <br> **Allen, Courtney Marie** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Terry W Allen**
_____
Signature of Debtor **Terry W Allen**

X **/s/ Courtney Marie Allen**
_____
Signature of Joint Debtor **Courtney Marie Allen**

_____
Telephone Number (If not represented by attorney)

**September 22, 2009**
_____
Date

**Signature of Attorney***

X **/s/ James H. Henderson**
_____
Signature of Attorney for Debtor(s)

**James H. Henderson 13536**
_____
Printed Name of Attorney for Debtor(s)

**James H. Henderson, P.C.**
_____
Firm Name
**1201 Harding Place**
**Charlotte, NC 28204**

_____
Address

        **Email: henderson@title11.com**
**704.333.3444  Fax: 704.333.5003**
_____
Telephone Number

**September 22, 2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Western District

| | | | |
|---|---|---|---|
| In re | **Terry W Allen** | Case No. | |
| | **Courtney Marie Allen** | Chapter | **7** |
| | Debtor(s) | | |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Terry W Allen**
                         **Terry W Allen**

Date:   **September 22, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Western District

In re  **Terry W Allen**
 **Courtney Marie Allen**
_____     Case No. _____
                                              Debtor(s)      Chapter  **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
　　　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　　**/s/ Courtney Marie Allen**
　　　　　　　　　　　　**Courtney Marie Allen**
Date:　**September 22, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District

In re    **Terry W Allen,**
**Courtney Marie Allen**

Case No. _____

_____,
Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 360,000.00 | | |
| B - Personal Property | Yes | 4 | 83,472.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 461,896.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 365,930.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,197.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,941.34 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 443,472.00 | | |
| Total Liabilities | | | | 827,826.66 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Western District

In re   **Terry W Allen,**
       **Courtney Marie Allen**

Case No. _____

                       Debtors     ,   Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,197.33 |
| Average Expenses (from Schedule J, Line 18) | 12,941.34 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,693.59 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 21,942.11 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 365,930.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 387,872.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re      **Terry W Allen,**                                                    Case No. _____
           **Courtney Marie Allen**
           _____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RESIDENCE:  house and lot located at 10616 Moss Mill Lane, Charlotte NC 28277; purchase price 8/9/2001 - $318,500; tax value - $319,200** | **tenants by the entirety** | J | 360,000.00 | 363,013.89 |

|  |  |  | Sub-Total > | 360,000.00 | (Total of this page) |
|---|---|---|---|---|---|
|  |  |  | Total > | 360,000.00 |  |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Terry W Allen,**                                                    Case No. _____
       **Courtney Marie Allen,**

_____,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia checking account no. *8481** | H | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **LIVING ROOM: couch, chairs, TV** | J | 500.00 |
| | | **FAMILY ROOM/DEN: couch, chair, TV** | J | 500.00 |
| | | **BEDROOMS: bed, crib, chest of drawers, TV** | J | 500.00 |
| | | **KITCHEN: table, chairs, pots, pans, refrigerator** | J | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **wedding bands, watches** | J | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **2 Metropolitan term life insurance policies (spouse is beneficiary)** | H | 0.00 |
| | | **State Farm homeowners insurance** | J | 0.00 |

|  | Sub-Total > | 2,720.00 |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Terry W Allen,**                                                      Case No. _____
       **Courtney Marie Allen,**

_____ ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                         **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Terry W Allen,**                                          Case No. _____
        **Courtney Marie Allen,**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford F250; 66,712+ miles** | **H** | **21,825.00** |
| | | **2008 Yukon Denali; 18,000+ miles** | **H** | **33,650.00** |
| | | **2001 Ford F150; 105,000+ miles** | **H** | **7,275.00** |
| | | **2006 Custom Motorcycle; 20,000+ miles** | **H** | **18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **dog** | **J** | **2.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        **80,752.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re     **Terry W Allen,**
          **Courtney Marie Allen,**
                                  Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 83,472.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re     **Terry W Allen,**                                           Case No. _____
          **Courtney Marie Allen,**
                                                                                  ,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash | **N.C. Gen. Stat. § 1-362** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia checking account no. *8481 | **N.C. Gen. Stat. § 1-362** | **500.00** | **500.00** |
| **Household Goods and Furnishings** | | | |
| LIVING ROOM:  couch, chairs, TV | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **500.00** | **500.00** |
| FAMILY ROOM/DEN:  couch, chair, TV | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **500.00** | **500.00** |
| BEDROOMS:  bed, crib, chest of drawers, TV | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **500.00** | **500.00** |
| KITCHEN:  table, chairs, pots, pans, refrigerator | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| clothing | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **500.00** | **500.00** |
| **Animals** | | | |
| dog | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **2.00** | **2.00** |

Total:  **2,722.00**    **2,722.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Terry W Allen,**                                                    Case No. _____
     **Courtney Marie Allen**
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | J | | **Statutory Lien** **RESIDENCE: house and lot located at 10616 Moss Mill Lane, Charlotte NC 28277; purchase price 8/9/2001 - $318,500; tax value - $319,200** | | | | | |
| Ballantyne Joint Committee, Inc. c/o Michael Hunter, Esq. 2600 One Wachovia Center 301 S. College St. Charlotte, NC 28202-2619 | | | | | | | | | | | |
| | | | | | | Value $            **360,000.00** | | | | 449.37 | 449.37 |
| Account No. **xxxx3318** | | | | | | **pmsi** **2008 Ford F250; 66,712+ miles** | | | | | |
| Ford Motor Credit Company PO Box 790119 Saint Louis, MO 63179-0119 | | H | | | | | | | | | |
| | | | | | | Value $             **21,825.00** | | | | 27,786.21 | 5,961.21 |
| Account No. **xxxxxxx7755** | | | | | | **pmsi** **2008 Yukon Denali; 18,000+ miles** | | | | | |
| GMAC Payment Processing Center PO Box 9001951 Louisville, KY 40290-1951 | | H | | | | | | | | | |
| | | | | | | Value $             **33,650.00** | | | | 44,617.01 | 10,967.01 |
| Account No. **xxxxxx2835** | | | | J | | **first deed of trust** **RESIDENCE: house and lot located at 10616 Moss Mill Lane, Charlotte NC 28277; purchase price 8/9/2001 - $318,500; tax value - $319,200** | | | | | |
| Homecomings Financial Services LLC PO Box 205 Waterloo, IA 50704-0205 | | | | | | | | | | | |
| | | | | | | Value $            **360,000.00** | | | | 288,764.52 | 0.00 |

__1__ continuation sheets attached

Subtotal
(Total of this page)

| 361,617.11 | 17,377.59 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Terry W Allen,**
        **Courtney Marie Allen**                                    Case No. _____

_____ ,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2884** | | | second deed of trust | | | | | |
| **Homecomings Financial Services LLC** PO Box 205 Waterloo, IA 50704-0205 | | J | RESIDENCE: house and lot located at 10616 Moss Mill Lane, Charlotte NC 28277; purchase price 8/9/2001 - $318,500; tax value - $319,200 | | | | | |
| | | | Value $            360,000.00 | | | | 73,800.00 | 2,564.52 |
| Account No. **xxxx5756** | | | pmsi | | | | | |
| **Professional Financial** PO Box 6168 Greenville, SC 29606 | | H | 2006 Custom Motorcycle; 20,000+ miles | | | | | |
| | | | Value $             18,000.00 | | | | 20,000.00 | 2,000.00 |
| Account No. **xxxxxxxxxxxx9001** | | | pmsi | | | | | |
| **Wells Fargo** PO Box 60510 Los Angeles, CA 90060 | | H | 2001 Ford F150; 105,000+ miles | | | | | |
| | | | Value $              7,275.00 | | | | 6,478.90 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 100,278.90 | 4,564.52 |
| Total (Report on Summary of Schedules) | 461,896.01 | 21,942.11 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Terry W Allen,**                                                    Case No. _____
         **Courtney Marie Allen**
                                                                           ,
                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Terry W Allen,**                                          Case No. _____
        **Courtney Marie Allen**
                                                        ,
                              Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | child support | | | | | |
| **Tracey Tinnel** **4031 Valleybrook Road** **Charlotte, NC 28270** | | H | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Terry W Allen,**                                    Case No. _____
       **Courtney Marie Allen**

_____,
                                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | npo | | | | | | |
| **City-County Tax Collector Collection Division PO Box 31637 Charlotte, NC 28231** | | J | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | npo | | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114** | | J | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | npo | | | | | | |
| **NC Department of Revenue PO Box 1168 Raleigh, NC 27602** | | J | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Terry W Allen,**
**Courtney Marie Allen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No. | | | | | business debt; for information only | | | | |
| **A & I Services LLC** **1275 Barclay Boulevard** **Buffalo Grove, IL 60089** | | H | | | | | | | 0.00 |
| Account No. | | | | | business debt; for information only | | | | |
| **Act Construction LLC** **205 Park Drive** **Fort Mill, SC 29715** | | J | | | | | | | 0.00 |
| Account No. | | | | | business debt; personal guarantee | | | | |
| **ADT Security Service Inc** **1900 Scott Avenue** **Charlotte, NC 28203** | | H | | | | | | | **Unknown** |
| Account No. | | | | | business debt; for information only | | | | |
| **Advanced Portable Toilets** **2539 Eastern Avenue** **Rocky Mount, NC 27804** | | J | | | | | | | 0.00 |
| _27_ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:30196-090917    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
        **Courtney Marie Allen,**                                                        Case No. _____

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt; for information only | | | | |
| **Affordable Electric Service** **127 Barclay Boulevard** **Buffalo Grove, IL 60089** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **Aire Service of Matthews Inc** **4039 Matthews-Indian Trail Road** **Matthews, NC 28104** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **All Carolina Crane & Equipment LLC** **6108 Triangle Drive** **Raleigh, NC 27617** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **American Interstate Insurance Company** **2301 Highway 190 West** **Deridder, LA 70634** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **American Mts** **1825 Rocky River Rd North** **Monroe, NC 28110** | | H | | | | | 0.00 |

Sheet no. __1___ of __27__ sheets attached to Schedule of                                          Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                               (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
    **Courtney Marie Allen,**                                          Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt; for information only | | | | |
| **Amerisite Inc** **2780 Red Oak Flats Rd** **Dahlonega, GA 30533** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Amgro Inc** **100 N Parkway** **PO Box 15089** **Worcester, MA 01615-0089** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Anderson Construction Co** **1107 Broad Creek Road** **New Bern, NC 28560** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Atlantic Coast Concrete** **PO Box 419** **Apex, NC 27502** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Bagwell Fence Company** **PO Box 2608** **Apex, NC 27502** | | H | | | | | | 0.00 |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry W Allen,**
   **Courtney Marie Allen,**                                                        Case No. _____

                                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6251** | | | credit card | | | | |
| **Belk** **PO Box 960012** **Orlando, FL 32896-0012** | | J | | | | | 1,518.94 |
| Account No. **xxxxxxxxxxxx5745** | | | credit card | | | | |
| **Best Buy/HSBC Card Services** **PO Box 5238** **Carol Stream, IL 60197** | | J | | | | | 2,154.99 |
| Account No. | | | business debt; for information only | | | | |
| **Braxton Construction Co Inc** **275 Catherine Street** **Orangeburg, SC 29115** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **Budget Installment Corporation** **PO Box 9015** **Rockville Centre, NY 11571-9015** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **C F Reece & Son Supply Co Inc** **831 North Main Street** **Rutherfordton, NC 28139** | | H | | | | | 0.00 |

Sheet no. __3___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,673.93**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
         **Courtney Marie Allen,**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Campbell Inc** <br> **PO Box 9087** <br> **Greenville, SC 29604** | | J | business debt; for information only | | | | 0.00 |
| Account No. <br><br> **Campbell Inc** | | | **Business & Construction Law Group LLC** <br> **607 Pendleton Street Ste 106** <br> **Greenville, SC 29601** | | | | |
| Account No. <br><br> **Campbell Inc** <br> **PO Box 9087** <br> **Greenville, SC 29604** | | H | business debt; personal guantee | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-6694** <br><br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | | J | credit card | | | | 6,675.18 |
| Account No. **xxxx-xxxx-xxxx-7278** <br><br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | | J | credit card | | | | 2,496.36 |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,171.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry W Allen,**
    **Courtney Marie Allen,**
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4752** <br><br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | | J | credit card | | | | **2,318.60** |
| Account No. **xxxx-xxxx-xxxx-8962** <br><br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | | J | credit card | | | | **438.92** |
| Account No. **xxxxxxxxxxxx6077** <br><br> **Care Credit/GE Money Bank** <br> **PO Box 960061** <br> **Orlando, FL 32896-0061** | | J | credit card | | | | **4,115.28** |
| Account No. <br><br> **Carmel OBGYN** <br> **5933 Blackney Park Drive Ste 100** <br> **Charlotte, NC 28277-5713** | | J | medical services | | | | **4,468.00** |
| Account No. <br><br> **Carolinas Counseling Group** <br> **1900 South Blvd Ste 100** <br> **Charlotte, NC 28203-4778** | | W | medical services | | | | **285.00** |

| | | |
|---|---|---|
| Sheet no. **5** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **11,625.80** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**                                             Case No. _____
         **Courtney Marie Allen,**
                                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | medical services | | | | |
| **Carolinas Pathology Group** **PO Box 60280** **Charleston, SC 29419-0280** | | W | | | | | | 316.05 |
| Account No. | | | | medical services | | | | |
| **Carolinas Physicians Network** **2711 Randolph Road** **Charlotte, NC 28207** | | W | | | | | | 1,527.76 |
| Account No. | | | | **Absolute Collection Services** **421 Fayetteville Street Mall #600** **Raleigh, NC 27601** | | | | |
| **Carolinas Physicians Network** | | | | | | | | |
| Account No. | | | | business debt; for information only | | | | |
| **Certex** **PO Box 601438** **Charlotte, NC 28260-1438** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Champman Concreter Products** **PO Box 4275** **Spartanburg, SC 29305-4275** | | H | | | | | | 0.00 |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,843.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Terry W Allen,**
          **Courtney Marie Allen**                                          Case No. _____
                                                                    ,
                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt; personal guarantee | | | | |
| **Cintas Corp #200** **6300 Harris Technology Blvd** **Charlotte, NC 28269** | | H | | | | | | **Unknown** |
| Account No. **xxxxxx9978** | | | | credit card | | | | |
| **Cit Bank** **Vericrest Financial Inc** **PO Box 24330** **Oklahoma City, OK 73124-0330** | | J | | | | | | **11,492.26** |
| Account No. | | | | business debt; for information only | | | | |
| **CIT Technology Corporation** **1830 West Airfield** **Dallas, TX 75261** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Citicapital Commercial Corporation** **3950 Regent Blvd** **Irving, TX 75063** | | J | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Citicorp Vendor Finance Inc** **PO Box 7247-0322** **Philadelphia, PA 19170-0322** | | H | | | | | | **0.00** |

Sheet no. __7___ of __27___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **11,492.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry W Allen,**
**Courtney Marie Allen,**                                        Case No. _____

_____
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **City Electric Supply Co** **216-A Stetson Drive** **Charlotte, NC 28262** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.  **Civil Communications** **150 Grandstand Lane** **Angier, NC 27501** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.  **Clark Tire & Auto** **13808 E Independence Blvd** **Indian Trail, NC 28079** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.  **CMC Home Care** **4701 Hedgemore Drive #300** **Charlotte, NC 28209-2256** | | W | | medical services | | | | **58.24** |
| Account No.  **CMC Pineville** **PO Box 32861** **Charlotte, NC 28232-2861** | | J | | medical services; judgment entered 5/13/2009, Mecklenburg County | | | | **15,615.36** |

Sheet no. __8___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **15,673.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
      **Courtney Marie Allen,**
      _____,    Case No. _____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **CMC Pineville** | | | | | **Robert G McIntosh Esq** **The McIntosh Law Firm P C** **PO Box 2270** **Davidson, NC 28036-2270** | | | | |
| Account No. **CMC Pineville** | | | | | **Spartan Financial Services** **13730 S Point Blvd** **Charlotte, NC 28273** | | | | |
| Account No. **Communication Technology Services LLC** **400 Donald Lynch Boulevard** **Marlborough, MA 01752** | H | | | | **business debt; for information only** | | | | **0.00** |
| Account No. **Communication Technology Services LLC** | | | | | **Sprouse & Kurtz PLLC** **3109 Poplarwood Court Suite 115** **Raleigh, NC 27604** | | | | |
| Account No. **Communications Technology Services LLC** **PO Box 1032** **400 Donald Lynch Blvd** **Northborough, MA 01532** | J | | | | **business debt; for information only** | | | | **0.00** |

Sheet no. __**9**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
**Courtney Marie Allen,**                                                    Case No. _____
                                                                                      ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Companion Property & Casualty Group**<br>**PO Box 100165**<br>**Columbia, SC 29202** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**Consolidated electrical Distributors**<br>**PO Box 1510**<br>**Cary, NC 27512-1510** | | H | business debt; personal guarantee | | | | 0.00 |
| Account No.<br><br>**Construction Supply Inc**<br>**3701 Pleasant Plains Road**<br>**Matthews, NC 28105** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**Conway Fence**<br>**3250 Beverly Road**<br>**Conway, SC 29527** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**Couchell Children Properties**<br>**6179 E Independence Blvd**<br>**Charlotte, NC 28212** | | H | business debt; personal guarantee | | | | **Unknown** |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
       **Courtney Marie Allen,**                                      Case No. _____

                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt; for information only | | | | |
| **Custom Fence Company Inc** **429 Audrey Lane** **New Bern, NC 28560** | | H | | | | | **0.00** |
| Account No. | | | business debt; for information only | | | | |
| **Diamond Springs** **PO Box 667887** **Charlotte, NC 28266-7887** | | H | | | | | **0.00** |
| Account No. | | | business debt; personal guarantee | | | | |
| **Eagle Engineering Inc** **1061-B Cambridge Square** **Alpharetta, GA 30004** | | H | | | | | **Unknown** |
| Account No. | | | business debt; for information only | | | | |
| **Eagle Rentals Inc** **3435 E Broad Street** **Monroe, NC 28112** | | H | | | | | **0.00** |
| Account No. | | | business debt; for information only | | | | |
| **East Coast Fencing Inc** **PO Box 1626** **Georgetown, SC 29442** | | J | | | | | **0.00** |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry W Allen,**
**Courtney Marie Allen**                                                            Case No. _____
,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | business debt; personal guarantee | | | | |
| Edwards Inc PO Box 8403 Greenville, NC 27835 | | H | | | | | | **Unknown** |
| Account No. | | | | business debt; for information only | | | | |
| Ellis Sand & Gravel Inc 1953 West Evans Street Florence, SC 29501 | | H | | | | | | **0.00** |
| Account No. | | | | business debt; personal guarantee | | | | |
| Fastenal Indsutrial & Construction 270-C Unionville-Indian Trail Road Indian Trail, NC 28079 | | H | | | | | | **Unknown** |
| Account No. | | | | business debt; for information only | | | | |
| Florence Fences & Ironworks 1035 East Old Marion Highway Florence, SC 29506 | | H | | | | | | **0.00** |
| Account No. | | | | deficiency on Ford Mustang (repossessed 2/29/2009) | | | | |
| Ford Motor Credit Company PO Box 689007 Franklin, TN 37068-9007 | | H | | | | | | **23,775.03** |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,775.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry W Allen,**
     **Courtney Marie Allen,**
                                                     ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Motor Credit Company** | | | | | **Smith Debnam**<br>**PO Box 26268**<br>**Raleigh, NC 27611-6268** | | | | |
| Account No.<br><br>**Friends Tire**<br>**13808 E Independence Blvd**<br>**Indian Trail, NC 28079** | | H | | | **business debt; for information only** | | | | 0.00 |
| Account No.<br><br>**GE Capital Corporation**<br>**3000 Lakeside Drive**<br>**Bannockburn, IL 60015** | | H | | | **business debt; for information only** | | | | 0.00 |
| Account No.<br><br>**GMAC**<br>**PO Box 105677**<br>**Atlanta, GA 30348** | | J | | | **deficiency** | | | | 4,785.80 |
| Account No.<br><br>**GMAC** | | | | | **Pinnacle Financial Group Inc**<br>**7825 Washington Avenue South Suite 310**<br>**Minneapolis, MN 55439** | | | | |

Sheet no. __**13**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,785.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Terry W Allen,**
       **Courtney Marie Allen**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GMAC Payment Processing Center**<br>**PO Box 830070**<br>**Baltimore, MD 21283-0070** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.<br><br>**Great American Insurance company**<br>**49 East ath Street Ste 400**<br>**Cincinnati, OH 45202** | | H | | business debt; for information only | | | | **0.00** |
| Account No.<br><br>**Guthrie Davis Henderson & Staton PLLC**<br>**719 East Boulevard**<br>**Charlotte, NC 28203** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.<br><br>**Guy M Turner**<br>**PO Box 7776**<br>**Greensboro, NC 27417** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.<br><br>**Guy M Turner Incorporated**<br>**c/o Keziah Gates & Samet LLP**<br>**PO Box 2608**<br>**High Point, NC 27261-2608** | | H | | business debt; for information only | | | | **0.00** |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
　　　**Courtney Marie Allen**                                                    Case No. _____
　　　                                                                         ,
　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | H | | business debt; for information only | | | | |
| **Halifax Rentals 1000-B Julian Allsbrook Highway Roanoke Rapids, NC 27870** | | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxx7879** | | J | | loan | | | | |
| **HFC PO Box 17574 Baltimore, MD 21297-1574** | | | | | | | | **14,139.09** |
| Account No. | | H | | business debt; for information only | | | | |
| **HMC Paving & Construction Co Inc 120 Sturken Drive Bryson City, NC 28713** | | | | | | | | **0.00** |
| Account No. | | H | | business debt; for information only | | | | |
| **Hornest Nest Electrical Supply Co Inc PO Box 1492 Indian Trail, NC 28079** | | | | | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-7350** | | J | | credit card | | | | |
| **HSBC ARM Inc PO Box 129 Thorofare, NJ 08086-0129** | | | | | | | | **1,952.83** |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,091.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**                                                    Case No. _____
         **Courtney Marie Allen,**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8473** | | | credit card | | | | |
| **HSBC Cards Services** **PO Box 5222** **Carol Stream, IL 60197-5222** | | J | | | | | 796.43 |
| Account No. | | | business debt; for information only | | | | |
| **Hutton Communications Inc** **PO Box 201439** **Dallas, TX 75320-1439** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **Jim's Liquid Waste** **2141 Sunnybrook Rd** **Greenville, NC 27834** | | H | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **JMH Fence Company** **10714 Lancaster Highway** **Waxhaw, NC 28173** | | H | | | | | 0.00 |
| Account No. | | | medical services | | | | |
| **LabCorporation of America Holdings** **PO Box 2240** **Burlington, NC 27216-2240** | | W | | | | | 1,879.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of                              Subtotal          | 2,675.43 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
         **Courtney Marie Allen**                                          Case No. _____
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Magnum TA Inc<br>450 Battlefield Blvd North<br>Chesapeake, VA 23320** | | H | | business debt; personal guarantee | | | | **Unknown** |
| Account No.<br><br>**Magnum Tower Associates<br>450 Battlefield Blvd N<br>Chesapeake, VA 23320** | X | J | | business debt; personal guarantee | | | | **234,441.16** |
| Account No.<br><br>**Maner Fence<br>7188 Cross Country Road<br>Charleston, SC 29423** | | H | | business debt; for information only | | | | **0.00** |
| Account No.<br><br>**Nations Rent<br>16824 Statesville Road<br>Huntersville, NC 28078** | | H | | business debt; for information only | | | | **0.00** |
| Account No.<br><br>**Nationwide Fire Insurance Co<br>PO Box 96040<br>Charlotte, NC 28269-0040** | | H | | business debt; for information only | | | | **0.00** |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **234,441.16**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
         **Courtney Marie Allen**                                    Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx7542** | | | | credit card | | | | |
| **Nordstroms** **PO Box 79134** **Phoenix, AZ 85062-9134** | | J | | | | | | **2,489.71** |
| Account No. | | | | business debt; for information only | | | | |
| **North Carolina ESC** **10801 Monroe Road** **Matthews, NC 28105** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Occuest LLC** **PO Box 10741** **Raleigh, NC 27605** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Ohio Casualty Group** **PO Box 5001** **Hamilton, OH 45012-5001** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Olympic Credit Fund Inc** **PO Box 12059** **Olympia, WA 98508** | | H | | | | | | **0.00** |

Sheet no. __**18**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,489.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
       **Courtney Marie Allen,**                                          Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | business debt; for information only | | | | |
| **Parks Portable Toilets Inc** **179 Combs Avenue** **PO Box 1611** **Goldsboro, NC 27533** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Parris Paving & Coating Inc** **PO Box 30863** **Myrtle Beach, SC 29588** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Pierce Landscapes & Nursery Inc** **8524 Pierce-Olive Road** **Apex, NC 27502** | | H | | | | | | 0.00 |
| Account No. | | | | business debt; for information only | | | | |
| **Portable Sanitation Inc** **PO Box 355** **Apex, NC 27502** | | H | | | | | | 0.00 |
| Account No. **xxxx1001** | | | | legal services | | | | |
| **Potter & Company** **114 North Church Street** **Monroe, NC 28112** | | J | | | | | | 3,051.05 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,051.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
     **Courtney Marie Allen,**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | medical services | | | | |
| **Presbyterian Carillon Labs 200 Hawthorne Lane Charlotte, NC 28207** | | W | | | | | | **161.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Prime Rate Premium Finance Corporation PO Box 100507 Florence, SC 29501-0507** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Professional Fence Builders 112 Wilford Rd Blacksburg, SC 29702** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Radio Frequency System Inc 200 Pondview Drive Meriden, CT 06450** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Radiology Associates P A PO Box 468 Orangeburg, SC 29116** | | H | | | | | | **0.00** |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**161.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**                                                                                     Case No. _____
       **Courtney Marie Allen,**
_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | medical services | | | | |
| **Reach** **1524 E Morehead Street** **Charlotte, NC 28207** | | W | | | | | |
| | | | | | | | 724.76 |
| Account No. | | | business debt; for information only | | | | |
| **Reliable Resources** **1100 Oak Grove Road** **Kings Mountain, NC 28086** | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | business debt; for information only | | | | |
| **Rental Services** **PO Box 840514** **Dallas, TX 75284-0514** | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | legal services | | | | |
| **Robert C Dortch Esq** **Sellers Inshaw Ayers Dortch & Lyons P A** **301 S McDowell Street Ste 410** **Charlotte, NC 28204** | | J | | | | | |
| | | | | | | | 4,433.50 |
| Account No. | | | business debt; for information only | | | | |
| **RSC Rental Service** **1413 S Fraser Street Highway 17** **Georgetown, SC 29440** | | H | | | | | |
| | | | | | | | 0.00 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **5,158.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**                                                     Case No. _____
         **Courtney Marie Allen,**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rushing Electric Company Inc**<br>**411 Highway 80**<br>**Garden City, GA 31408** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**S&ME**<br>**1330 Highway 501 Business**<br>**Conway, SC 29526** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**Scottsdale Insurance Company**<br>**c/o Johnson & Johnson Inc**<br>**PO Box 899**<br>**Charleston, SC 29402-0899** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**Secrest Wrecker and Crane Comoany**<br>**3501 Rocky River Road North**<br>**Monroe, NC 28110** | | H | business debt; for information only | | | | 0.00 |
| Account No.<br><br>**Secrest Wrecker Service Inc**<br>**7915 Pleasant Hill Church Road**<br>**Marshville, NC 28103** | X | H | business debt; personal guarantee | | | | Unknown |

Sheet no. __22__ of __27__ sheets attached to Schedule of                    Subtotal                   0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
       **Courtney Marie Allen,**
                                              Case No. _____

                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt; personal guarantee | | | | |
| **Simpson's Welding** **3800 Gribble Road** **Matthews, NC 28104** | X | H | | | | | | **Unknown** |
| Account No. | | | | business debt; personal guarantee | | | | |
| **Sink Tower Erection Co Inc** **4876 Follansbee Road** **Winston Salem, NC 27127** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Site Communication Systems** **171 W Factory Street** **Gallatin, TN 37066** | | H | | | | | | **0.00** |
| Account No. | | | | medical services | | | | |
| **Southeast Anesthesiology Cons** **PO Box 33632** **Charlotte, NC 28233-3632** | | W | | | | | | **1,981.00** |
| Account No. | | | | medical services | | | | |
| **Southeast Pain Management** **PO Box 600032** **Raleigh, NC 27675-6032** | | W | | | | | | **153.02** |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                  (Total of this page)          **2,134.02**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
       **Courtney Marie Allen** Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | business debt; for information only | | | | |
| Southeastern Crane PO Box 30169 Tampa, FL 33630-3169 | | H | | | | | | 0.00 |
| Account No. | | | | business debt; personal guarantee | | | | |
| Southway Crane PO Box 2109 Lexington, SC 29071 | X | H | | | | | | Unknown |
| Account No. | | | | business debt; personal guarantee | | | | |
| Stymielock LLC PO Box 398 Pineville, NC 28134 | | H | | | | | | 0.00 |
| Account No. | | | | business debt; judgment entered 12/1/2008 | | | | |
| Sunbelt Rentals Inc aka NationsRent c/o The Sigmon Law Firm P A PO Box 17249 Raleigh, NC 27619 | | H | | | | | | 7,460.42 |
| Account No. | | | | business debt; for information only | | | | |
| Superior Automatic Fire Equipment Inc 105 Corporate Blvd Indian Trail, NC 28079 | | H | | | | | | 0.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,460.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terry W Allen,**
         **Courtney Marie Allen,**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | J | legal services | | | | |
| **Tamela T Wallace Esq** **Law Office of Tamela T Wallace P A** **301 S McDowell Street** **Charlotte, NC 28204** | | | | | | | | **7,500.00** |
| Account No. **xxxx3538** | | | J | credit card | | | | |
| **Target National Bank** **PO Box 59317** **Minneapolis, MN 55459-0317** | | | | | | | | **792.66** |
| Account No. | | | H | business debt; for information only | | | | |
| **Travelers Indemnity and Affiliates** **PO Box 96359** **Chicago, IL 60693-6359** | | | | | | | | **0.00** |
| Account No. | X | | H | business debt; personal guarantee | | | | |
| **Trinity Electric Company** **PO Box 2902** **Huntersville, NC 28070** | | | | | | | | **Unknown** |
| Account No. | | | H | business debt; for information only | | | | |
| **United Directories Yellow Pages** **PO Box 95450** **Atlanta, GA 30347-0450** | | | | | | | | **0.00** |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **8,292.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terry W Allen,**
**Courtney Marie Allen**                                                              Case No. _____
                                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt; personal guarantee | | | | |
| **United Rentals Inc** **Credit Office #214** **PO Box 100711** **Atlanta, GA 30384-0711** | X | H | | | | | | **Unknown** |
| Account No. | | | | business debt; for information only | | | | |
| **Vickers Fence Co** **255 Lois Lane** **Pittsboro, NC 27312** | | H | | | | | | **0.00** |
| Account No. **xxxx8870** | | | | credit card | | | | |
| **Wells Fargo** **Associated Credit Services** **PO Box 9100** **Hopkinton, MA 01748-9100** | | J | | | | | | **1,933.25** |
| Account No. | | | | business debt; for information only | | | | |
| **Westchester Premium Acceptance Corp** **1-Iron Commercial Premium** **PO Box 17600** **Denver, CO 80217-0600** | | H | | | | | | **0.00** |
| Account No. | | | | business debt; for information only | | | | |
| **Whitco LLC** **846 Windy Oaks Way** **Lancaster, SC 29720** | | H | | | | | | **0.00** |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,933.25**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terry W Allen,**
     **Courtney Marie Allen,**                         Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt; personal guarantee | | | | |
| **White Crane Company Inc** **3414 Augusta Road** **West Columbia, SC 29169** | X | H | | | | | **Unknown** |
| Account No. | | | business debt; for information only | | | | |
| **Whitehurst & Sons Fence Co Inc** **PO Box 6083** **Greenville, NC 27835** | | W | | | | | **0.00** |
| Account No. | | | business debt; for information only | | | | |
| **Winter Mountain Bottled Water Company** **PO Box 970** **Durham, NC 27702** | | H | | | | | **0.00** |
| Account No. | | | business debt; personal guarantee | | | | |
| **Wright Expres Corporation** **PO Box 639** **Portland, ME 04104** | X | H | | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal                       **0.00**
                     (Total of this page)

                              Total               **365,930.65**
         (Report on Summary of Schedules)

B6G (Official Form 6G) (12/07)

.

In re    **Terry W Allen,**                                                        Case No. _____
          **Courtney Marie Allen**
_____,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Terry W Allen,**
    **Courtney Marie Allen,**
                  Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Magnum Cellular Service Inc** | **Simpson's Welding**<br>**3800 Gribble Road**<br>**Matthews, NC 28104** |
| **Magnum Cellular Service Inc** | **Secrest Wrecker Service Inc**<br>**7915 Pleasant Hill Church Road**<br>**Marshville, NC 28103** |
| **Magnum Cellular Service Inc** | **Southway Crane**<br>**PO Box 2109**<br>**Lexington, SC 29071** |
| **Magnum Cellular Service Inc** | **Trinity Electric Company**<br>**PO Box 2902**<br>**Huntersville, NC 28070** |
| **Magnum Cellular Service Inc** | **United Rentals Inc**<br>**Credit Office #214**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** |
| **Magnum Cellular Service Inc** | **White Crane Company Inc**<br>**3414 Augusta Road**<br>**West Columbia, SC 29169** |
| **Magnum Cellular Service Inc** | **Wright Expres Corporation**<br>**PO Box 639**<br>**Portland, ME 04104** |
| **Magnum TA Inc** | **Magnum Tower Associates**<br>**450 Battlefield Blvd N**<br>**Chesapeake, VA 23320** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

| In re | **Terry W Allen** | | |
|---|---|---|---|
| | **Courtney Marie Allen** | | Case No. |
| | | Debtor(s) | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Stepdaughter**<br>**Stepdaughter**<br>**Stepson**<br>**Stepdaughter**<br>**Daughter**<br>**Son** | AGE(S):<br>**10**<br>**12**<br>**14**<br>**16**<br>**16 months**<br>**16 months** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **quality and safety manager** | |
| Name of Employer | **MasTec** | |
| How long employed | **1/14/2002 to present** | |
| Address of Employer | **800 Douglas Road**<br>**Coral Gables, FL 33134** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ __7,083.33__ | $ __0.00__ |
| 2. Estimate monthly overtime | $ __0.00__ | $ __0.00__ |
| 3. SUBTOTAL | $ __7,083.33__ | $ __0.00__ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ __1,374.45__ | $ __0.00__ |
|    b. Insurance | $ __211.55__ | $ __0.00__ |
|    c. Union dues | $ __0.00__ | $ __0.00__ |
|    d. Other (Specify): | $ __0.00__ | $ __0.00__ |
| | $ __0.00__ | $ __0.00__ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ __1,586.00__ | $ __0.00__ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ __5,497.33__ | $ __0.00__ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ __0.00__ | $ __0.00__ |
| 8. Income from real property | $ __0.00__ | $ __0.00__ |
| 9. Interest and dividends | $ __0.00__ | $ __0.00__ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ __0.00__ | $ __1,700.00__ |
| 11. Social security or government assistance<br>(Specify): | $ __0.00__ | $ __0.00__ |
| | $ __0.00__ | $ __0.00__ |
| 12. Pension or retirement income | $ __0.00__ | $ __0.00__ |
| 13. Other monthly income<br>(Specify): | $ __0.00__ | $ __0.00__ |
| | $ __0.00__ | $ __0.00__ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ __0.00__ | $ __1,700.00__ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ __5,497.33__ | $ __1,700.00__ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ __7,197.33__ | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Terry W Allen**
       **Courtney Marie Allen**                     Case No. _____
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,700.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 390.00 |
|        b. Water and sewer | $ | 70.00 |
|        c. Telephone | $ | 200.00 |
|        d. Other   **security** | $ | 29.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 130.00 |
| 4. Food | $ | 2,000.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | $ | 100.00 |
|        b. Life | $ | 100.00 |
|        c. Health | $ | 1,000.00 |
|        d. Auto | $ | 200.00 |
|        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)   **real estate taxes** | $ | 366.67 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | $ | 849.00 |
|        b. Other   **See Detailed Expense Attachment** | $ | 2,580.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 800.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **condo hoa** | $ | 26.67 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,941.34 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,197.33 |
| b.   Average monthly expenses from Line 18 above | $ | 12,941.34 |
| c.   Monthly net income (a. minus b.) | $ | -5,744.01 |

B6J (Official Form 6J) (12/07):

In re    **Terry W Allen**
       **Courtney Marie Allen**                         Case No. _____

Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**<u>Other Installment Payments:</u>**

| | | |
|---|---|---:|
| **Denali** | $ | **1,200.00** |
| **F150** | $ | **380.00** |
| **Motorcycle** | $ | **720.00** |
| **Braces** | $ | **280.00** |
| **Total Other Installment Payments** | $ | **2,580.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District

In re  **Terry W Allen
Courtney Marie Allen**

_____        Case No. _____
                                                    Debtor(s)    Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **46** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 22, 2009**_____        Signature  **/s/ Terry W Allen**_____
                                                               **Terry W Allen**
                                                               Debtor

Date  **September 22, 2009**_____        Signature  **/s/ Courtney Marie Allen**_____
                                                               **Courtney Marie Allen**
                                                               Joint Debtor

    _Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Western District

In re    **Terry W Allen**
       **Courtney Marie Allen**
                                                        Debtor(s)

Case No. _____

Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$58,193.00** | **2007 wages/NSDRO, LLC/MasTec (h)** |
| **$34,435.00** | **2008 wages/NSDRO, LLC/MasTec (h)** |
| **$41,230.59** | **2009 wages/NSDRO, LLC/Mastec (h)** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$73,000.00** | **2009 tax refunds (j); loans from mother** |
| **$96,000.00** | **2008 loan from mother** |

**3. Payments to creditors**

None
☐

***Complete a. or b., as appropriate, and c.***

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tracey Tinnel**<br>**4031 Valleybrook Road**<br>**Charlotte, NC 28270** | **monthly - $800** | **$2,400.00** | **$0.00** |
| **Ford Motor Credit Company**<br>**PO Box 790119**<br>**Saint Louis, MO 63179-0119** | **monthly - $380** | **$1,140.00** | **$27,786.21** |
| **GMAC**<br>**Payment Processing Center**<br>**PO Box 9001951**<br>**Louisville, KY 40290-1951** | **monthly - $1,200** | **$3,600.00** | **$44,617.01** |
| **Homecomings Financial Services LLC**<br>**PO Box 205**<br>**Waterloo, IA 50704-0205** | **monthly - $2,700** | **$8,100.00** | **$288,764.52** |
| **Professional Financial**<br>**PO Box 6168**<br>**Greenville, SC 29606** | **monthly - $720** | **$2,160.00** | **$20,000.00** |

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sunbelt Rentals, Inc a/k/a Nationsrent v. Magnum Cellular Service, Inc. and Terry W. Allen 08-CVD-15936** | **collection** | **State of North Carolina Wake County District Court Division** | **judgment entered12/1/2008** |
| **The Charlotte-Mecklenburg Hospital Authority v. Courtney M. Allen and Terry Allen 09-CVS-5663** | **collection** | **State of North Carolina Mecklenburg County Superior Court Division** | **judgment entered 5/13/2009** |
| **Ford Motor Credit v. Terry Allen, debtor unsure of case number** | **Collection** | **Mecklenburg County, NC** | **unknown** |

None
☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sellers Hinshaw Ayers Dortch & Lyons 301 S McDowell St Suite 410 Charlotte, NC 28204** | **August 28, 2009** | **levy on bank accounts pursuant to levy, est.$4,000.00 levied against** |

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit Company PO Box 689007 Franklin, TN 37068-9007** | **2/29/2009** | **2007 Ford Mustang - $20,000** |

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

**None** ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| church | n/a | monthly | $500 |

### 8. Losses

**None** ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James H. Henderson, P.C. 1201 Harding Place Charlotte, NC 28204 | 2/2009; 3/2009 | $3,500.00 (includes filing fee and credit counseling fees) |

### 10. Other transfers

**None** ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| daughter | 8/2009 | transfer VW to daughter (graduation gift from grandmother; car was in male debtor's name and grandmother's name; male debtor's name only on title for insurance purposes) |
| daughter | | |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **mother** | **debtor is officer of mother's business and co-signer of checks on business and personal accounts (never signed check on either account)** | **Virginia** |

### 15. Prior address of debtor

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Magnum Cellular Service, Inc.** | | **402 Matthews Indian Trail Rd Matthews, NC 28104** | **tower leasing business** | **1/4/2002 - 12/30/2007** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**September 22, 2009**_____    Signature  __**/s/ Terry W Allen**_____
                                                        **Terry W Allen**
                                                        Debtor


Date  __**September 22, 2009**_____    Signature  __**/s/ Courtney Marie Allen**_____
                                                        **Courtney Marie Allen**
                                                        Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District

In re **Terry W Allen**
**Courtney Marie Allen**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit Company** | **Describe Property Securing Debt:**<br>**2008 Ford F250; 66,712+ miles** |

Property will be (check one):
□ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt      □ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**GMAC** | **Describe Property Securing Debt:**<br>**2008 Yukon Denali; 18,000+ miles** |

Property will be (check one):
□ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt      □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Homecomings Financial Services LLC** | **Describe Property Securing Debt:**<br>**RESIDENCE:  house and lot located at 10616 Moss Mill Lane,**<br>**Charlotte NC 28277; purchase price 8/9/2001 - $318,500; tax**<br>**value - $319,200** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __debtor will continue making regular monthly payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Homecomings Financial Services LLC** | **Describe Property Securing Debt:**<br>**RESIDENCE:  house and lot located at 10616 Moss Mill Lane,**<br>**Charlotte NC 28277; purchase price 8/9/2001 - $318,500; tax**<br>**value - $319,200** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __debtor will continue making regular monthly payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Professional Financial** | **Describe Property Securing Debt:**<br>**2006 Custom Motorcycle; 20,000+ miles** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**2001 Ford F150; 105,000+ miles** |

Property will be (check one):
□ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt         □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES     □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **September 22, 2009**     Signature   **/s/ Terry W Allen**
                      **Terry W Allen**
                      Debtor

Date   **September 22, 2009**     Signature   **/s/ Courtney Marie Allen**
                      **Courtney Marie Allen**
                      Joint Debtor

# United States Bankruptcy Court
## Western District

In re      **Terry W Allen**
**Courtney Marie Allen** _____      Case No. _____
                                    Debtor(s)      Chapter      **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,159.00** |
| Prior to the filing of this statement I have received | $ | **3,159.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
        **see fee agreement**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **see fee agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:      **September 22, 2009** _____      **/s/ James H. Henderson** _____
                                                **James H. Henderson 13536**
                                                **James H. Henderson, P.C.**
                                                **1201 Harding Place**
                                                **Charlotte, NC 28204**
                                                **704.333.3444  Fax: 704.333.5003**
                                                **henderson@title11.com**

---

**AGREEMENT CONCERNING PROFESSIONAL FEES AND EXTENT OF ATTORNEYS DUTY TO REPRESENT IN CHAPTER 7 BANKRUPTCY**

THE UNDERSIGNED, **Terry W. Allen and Courtney Marie Allen** ("Client") hereby retains and engages the law firm of James H. Henderson, P.C. (hereinafter the "Law Firm") for representation in connection with a proceeding under Chapter 7 of the Bankruptcy Code. This document constitutes a legal contract, binding upon both Law Firm and Client. It provides certain obligations and privileges to both parties and it is enforceable in a court of law. It may be modified only upon the written agreement of Law Firm and Client and is enforceable under the laws of the State of North Carolina. Law Firm and Client stipulate that the courts of Mecklenburg County, North Carolina, have jurisdiction over this agreement and the parties to it. You have the right to take this document to an attorney of your choice for review prior to its execution. Client acknowledges that Law Firm has advised Client that a knowingly false statement in the bankruptcy petition or any schedule or statement filed herewith is a federal crime. The Law Firm will prepare the bankruptcy petition and supporting schedules and statements based upon information supplied by Client, and the signing of this agreement serves as a warrant that the Law Firm may rely upon said statements as being true.

## A.    WHAT LEGAL SERVICES AND EXPENSES ARE INCLUDED IN THE FLAT FEE

Client acknowledges that the scope of Law Firm's representation provided by the flat fee shall include: (1) review and analysis of financial affairs, (2) consultation and advice regarding the filing of the Chapter 7 proceeding; (3) the preparation of the Chapter 7 petition, schedules and statements; (4) the filing of all appropriate documents with the United States Bankruptcy Court; (5) representation of Client at the creditor's meeting; and (6) negotiation or preparation of documents pertaining to the reaffirmation of debts or the redemption of collateral, and all expenses related thereto.

## B.    WHAT LEGAL SERVICES AND EXPENSES ARE NOT INCLUDED IN THE FLAT FEE

Client acknowledges that the flat fee and Law Firm's representation shall not include (1) representation in connection with any adversary proceedings or negotiations with creditors concerning the possibility of any adversary proceeding; (2) the preparation of any amendments to schedules or statements required as a result of Law Firm being provided with insufficient information prior to the filing of the petition; (3) the investigation and defense of any motions for relief from stay or motions to dismiss; (4) matters regarding a trustee's objection to claimed exemptions; (5) time spent in connection with any continued meeting of creditors, including but not limited to those caused by Client's failure to attend meeting of creditors or the failure to provide the trustee with requested information, or any expenses related thereto; (7) post-discharge violations of the discharge injunction; (8) post-petition audits of the bankruptcy filing by any governmental entities; (8) the filing of any necessary motions to avoid liens, if the Law Firm has been provided with sufficient information to do so; and (9) any other matter not specified in Paragraph A above.

IF Law Firm IS REQUIRED TO OR REQUESTED TO SPEND TIME RELATED TO ANY OF THESE MATTERS, CLIENT WILL PAY Law Firm at its normal hourly rates. All time will be billed in minimum increments of two-tenths (1/10) of an hour. Expenses such as out of town travel costs, long distance telephone calls (cost), telecopier transmissions ($2.00), postage (cost) and copy costs ($0.25 per page) will charged as separate items in addition to legal fees. Client acknowledges that if these additional legal services and expenses are required or requested to be performed in the bankruptcy proceeding, Law Firm shall not be under any obligation to perform said services or advance expenses in the absence of arrangements for its further compensation which are satisfactory to it. Client is responsible for keeping all copies of documents. If Client requests additional copies of documents client agrees to pay in advance for any retrieval fees, copy charges, postage charges, and time in making the copies.

## C.    TERMS OF PAYMENT

1.    ***For legal services and expenses included in the flat fee***, Client will pay Law Firm the sum of $3,500.00. It is agreed that this payment is a prepaid flat fee and it is earned upon receipt. Law Firm shall be under no obligation to provide any legal services to Client  until the initial retainer is paid in full. This fee includes the $299.00 Chapter 7 filing fee, which will be paid directly by Law Firm to the United States Bankruptcy Court, and $42.00 for mandatory credit counseling fees.

2.      **For legal services and expenses not included in the flat fee,** if any, you will be invoiced and payment is due upon receipt. You agree to pay a retainer prior to any services being provided on account of matters not included in the initial flat fee. The amount of the retainer will be based on Law Firm's estimation of the ultimate fees and expenses, but the ultimate fees may exceed the retainer paid. A finance charge will be charged against any part of Client's account which remains unpaid beyond thirty (30) consecutive days at an ANNUAL PERCENTAGE RATE of 18% (1.5% per month) on the unpaid balance. The finance charge is assessed against the prior month's beginning balance less any payments made during that month. Finance charges may be avoided by timely paying the balance due. There will be a $20.00 service charge for any returned checks.

3.      **Questions or objections** regarding any billing must be made, in writing, to Law Firm within THIRTY (30) DAYS of the date of billing. All bills as to which no question or objection has been made for THIRTY (30) DAYS will be conclusively presumed to be accurate and fully due and payable between the parties. In the event there is a dispute regarding Law Firm's fees, client may, among other remedies, submit a request for nonbinding fee arbitration to the North Carolina State Bar.

4.      **Contingency fee for claims against creditors.**      Client may have claims against certain entities on account of violations of state or federal fair debt collection laws, truth in lending laws, the Fair Credit Reporting Act, or other similar laws. Law Firm agrees it will (a) investigate the claim; (b) make all reasonable efforts to obtain a settlement of said claim in a satisfactory amount; (c) if necessary, to bring a lawsuit to pursue the claim; and (d) to do all things deemed appropriate in connection with a lawsuit (including making appeals only if we deem appropriate) on behalf of Client. Law Firm retains the right to withdraw as counsel if, after investigation, it deems there is insufficient grounds to pursue a claim.

It is agreed that in full compensation of its services, Law Firm shall receive a contingent fee in the event of a recovery in the amount of i) fifty percent (50%) of the total recovery plus ii) any fees which are specifically designated as attorneys fees, by court order or agreement. It is also agreed that without regard to the final determination of the matter, Client will pay all court costs and all expenses incurred in the matter. Expenses will include such items as long distance telephone calls, copying charges, travel expenses, court charged fees and other out-of-pocket expenses as may be incurred on your behalf.

## D.   AGREEMENT REGARDING RESULTS AND CONTROL OF WORK

It is understood that the Law Firm is not always able to control the work which he is called upon to perform on behalf of the client. The necessity to respond to documents filed with the Court or to answer telephone or other contacts are examples of matters which will be charged to the client, even though the client has not directed, or consented to, such efforts. The attorney will control the manner of presentation of the client's case, whether in court or otherwise. The attorney is not obligated to take any action which is repugnant to the attorney's own sense of honor and propriety. Client acknowledges that Law Firm has made no guarantee or promises concerning the outcome or results of the bankruptcy proceeding. Law Firm will use its best efforts to obtain for Client a discharge of all legally dischargeable debts.

## E.   AGREEMENT REGARDING DISCONTINUATION OF WORK AND WITHDRAWAL OF LAW FIRM

Client hereby agrees that if i) further legal services beyond those enumerated above are requested; ii) the Chapter 7 proceedings is dismissed or converted; iii) if payments are not made as provided under this agreement; or iv) satisfactory arrangements for the Law Firm's payment are not made, then the Law Firm may be permitted to and CLIENT HEREBY CONSENTS AND AGREES TO SUCH WITHDRAWAL FROM REPRESENTATION BY THE Law Firm. Law Firm reserves the right to cease legal work if you fail to promptly and timely make payment under this agreement. The discontinuation of work or the withdrawal of Law Firm in no way affects Client's liability for the timely payment of accrued fees, expenses and interest.

## F.   AGREEMENT REGARDING ARBITRATION OF FEE DISPUTES AND LIABILITY FOR EXPENSES   OF COLLECTION

In the event that Lawfirm and Client have a dispute regarding any fee for legal services, it is understood by Client

that the Mecklenburg Bar and the North Carolina State Bar have a program of fee mediation in which Client may choose to participate. Lawfirm will participate in such mediation as provided for in Rule 1.5 of the North Carolina State Bar Rules of Professional Conduct. Lawfirm reserves the right to consent to binding arbitration regarding any fee dispute. In the event you do not comply with the terms of this agreement, you agree pursuant to North Carolina General Statute §6-21.2 that you will be liable for the payment of any legal fees, costs or related expenses incurred in collecting the balance due to Lawfirm. If Lawfirm undertakes any collection activities, you agree that you will be liable to Lawfirm for the value of Lawfirm's time, fees and actual expenses expended attempting to collect the balance due.


Dated:    September 29, 2009                           /s/ Terry W. Allen                            
                                                       Terry W. Allen


                                                        /s/ Courtney Marie Allen            
                                                       Courtney Marie Allen

3

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### **3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### **Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | September 22, 2009 |
|---|---|---|
| **James H. Henderson 13536** | X  **/s/ James H. Henderson** | |
| Printed Name of Attorney | Signature of Attorney | Date |
| Address: | | |
| **1201 Harding Place** | | |
| **Charlotte, NC 28204** | | |
| **704.333.3444** | | |
| **henderson@title11.com** | | |

### **Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | September 22, 2009 |
|---|---|---|
| **Terry W Allen** | | |
| **Courtney Marie Allen** | X  **/s/ Terry W Allen** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | September 22, 2009 |
| Case No. (if known) _____ | X  **/s/ Courtney Marie Allen** | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Western District

In re    **Terry W Allen**
**Courtney Marie Allen**                       Case No. _____

Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **September 22, 2009** _____       **/s/ Terry W Allen** _____

**Terry W Allen**
Signature of Debtor

Date:    **September 22, 2009** _____       **/s/ Courtney Marie Allen** _____

**Courtney Marie Allen**
Signature of Debtor

A & I Services LLC
1275 Barclay Boulevard
Buffalo Grove, IL 60089


Absolute Collection Services
421 Fayetteville Street Mall #600
Raleigh, NC 27601


Act Construction LLC
205 Park Drive
Fort Mill, SC 29715


ADT Security Service Inc
1900 Scott Avenue
Charlotte, NC 28203


Advanced Portable Toilets
2539 Eastern Avenue
Rocky Mount, NC 27804


Affordable Electric Service
127 Barclay Boulevard
Buffalo Grove, IL 60089


Aire Service of Matthews Inc
4039 Matthews-Indian Trail Road
Matthews, NC 28104


All Carolina Crane & Equipment LLC
6108 Triangle Drive
Raleigh, NC 27617


American Interstate Insurance Company
2301 Highway 190 West
Deridder, LA 70634


American Mts
1825 Rocky River Rd North
Monroe, NC 28110


Amerisite Inc
2780 Red Oak Flats Rd
Dahlonega, GA 30533

Amgro Inc
100 N Parkway
PO Box 15089
Worcester, MA 01615-0089


Anderson Construction Co
1107 Broad Creek Road
New Bern, NC 28560


Atlantic Coast Concrete
PO Box 419
Apex, NC 27502


Bagwell Fence Company
PO Box 2608
Apex, NC 27502


Ballantyne Joint Committee, Inc.
c/o Michael Hunter, Esq.
2600 One Wachovia Center
301 S. College St.
Charlotte, NC 28202-2619


Belk
PO Box 960012
Orlando, FL 32896-0012


Best Buy/HSBC Card Services
PO Box 5238
Carol Stream, IL 60197


Braxton Construction Co Inc
275 Catherine Street
Orangeburg, SC 29115


Budget Installment Corporation
PO Box 9015
Rockville Centre, NY 11571-9015


Business & Construction Law Group LLC
607 Pendleton Street Ste 106
Greenville, SC 29601

C F Reece & Son Supply Co Inc
831 North Main Street
Rutherfordton, NC 28139


Campbell Inc
PO Box 9087
Greenville, SC 29604


Capital One
PO Box 71083
Charlotte, NC 28272-1083


Care Credit/GE Money Bank
PO Box 960061
Orlando, FL 32896-0061


Carmel OBGYN
5933 Blackney Park Drive Ste 100
Charlotte, NC 28277-5713


Carolinas Counseling Group
1900 South Blvd Ste 100
Charlotte, NC 28203-4778


Carolinas Pathology Group
PO Box 60280
Charleston, SC 29419-0280


Carolinas Physicians Network
2711 Randolph Road
Charlotte, NC 28207


Certex
PO Box 601438
Charlotte, NC 28260-1438


Champman Concreter Products
PO Box 4275
Spartanburg, SC 29305-4275


Cintas Corp #200
6300 Harris Technology Blvd
Charlotte, NC 28269

Cit Bank
Vericrest Financial Inc
PO Box 24330
Oklahoma City, OK 73124-0330


CIT Technology Corporation
1830 West Airfield
Dallas, TX 75261


Citicapital Commercial Corporation
3950 Regent Blvd
Irving, TX 75063


Citicorp Vendor Finance Inc
PO Box 7247-0322
Philadelphia, PA 19170-0322


City Electric Supply Co
216-A Stetson Drive
Charlotte, NC 28262


City-County Tax Collector
Collection Division
PO Box 31637
Charlotte, NC 28231


Civil Communications
150 Grandstand Lane
Angier, NC 27501


Clark Tire & Auto
13808 E Independence Blvd
Indian Trail, NC 28079


CMC Home Care
4701 Hedgemore Drive #300
Charlotte, NC 28209-2256


CMC Pineville
PO Box 32861
Charlotte, NC 28232-2861


Communication Technology Services LLC
400 Donald Lynch Boulevard
Marlborough, MA 01752

Communications Technology Services LLC
PO Box 1032
400 Donald Lynch Blvd
Northborough, MA 01532


Companion Property & Casualty Group
PO Box 100165
Columbia, SC 29202


Consolidated electrical Distributors
PO Box 1510
Cary, NC 27512-1510


Construction Supply Inc
3701 Pleasant Plains Road
Matthews, NC 28105


Conway Fence
3250 Beverly Road
Conway, SC 29527


Couchell Children Properties
6179 E Independence Blvd
Charlotte, NC 28212


Custom Fence Company Inc
429 Audrey Lane
New Bern, NC 28560


Diamond Springs
PO Box 667887
Charlotte, NC 28266-7887


Eagle Engineering Inc
1061-B Cambridge Square
Alpharetta, GA 30004


Eagle Rentals Inc
3435 E Broad Street
Monroe, NC 28112


East Coast Fencing Inc
PO Box 1626
Georgetown, SC 29442

Edwards Inc
PO Box 8403
Greenville, NC 27835


Ellis Sand & Gravel Inc
1953 West Evans Street
Florence, SC 29501


Fastenal Indsutrial & Construction
270-C Unionville-Indian Trail Road
Indian Trail, NC 28079


Florence Fences & Ironworks
1035 East Old Marion Highway
Florence, SC 29506


Ford Motor Credit Company
PO Box 790119
Saint Louis, MO 63179-0119


Ford Motor Credit Company
PO Box 689007
Franklin, TN 37068-9007


Friends Tire
13808 E Independence Blvd
Indian Trail, NC 28079


GE Capital Corporation
3000 Lakeside Drive
Bannockburn, IL 60015


GMAC
Payment Processing Center
PO Box 9001951
Louisville, KY 40290-1951


GMAC
PO Box 105677
Atlanta, GA 30348


GMAC Payment Processing Center
PO Box 830070
Baltimore, MD 21283-0070

Great American Insurance company
49 East ath Street Ste 400
Cincinnati, OH 45202


Guthrie Davis Henderson & Staton PLLC
719 East Boulevard
Charlotte, NC 28203


Guy M Turner
PO Box 7776
Greensboro, NC 27417


Guy M Turner Incorporated
c/o Keziah Gates & Samet LLP
PO Box 2608
High Point, NC 27261-2608


Halifax Rentals
1000-B Julian Allsbrook Highway
Roanoke Rapids, NC 27870


HFC
PO Box 17574
Baltimore, MD 21297-1574


HMC Paving & Construction Co Inc
120 Sturken Drive
Bryson City, NC 28713


Homecomings Financial Services LLC
PO Box 205
Waterloo, IA 50704-0205


Hornest Nest Electrical Supply Co Inc
PO Box 1492
Indian Trail, NC 28079


HSBC
ARM Inc
PO Box 129
Thorofare, NJ 08086-0129


HSBC Cards Services
PO Box 5222
Carol Stream, IL 60197-5222

Hutton Communications Inc
PO Box 201439
Dallas, TX 75320-1439


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Jim's Liquid Waste
2141 Sunnybrook Rd
Greenville, NC 27834


JMH Fence Company
10714 Lancaster Highway
Waxhaw, NC 28173


LabCorporation of America Holdings
PO Box 2240
Burlington, NC 27216-2240


Magnum Cellular Service Inc


Magnum TA Inc
450 Battlefield Blvd North
Chesapeake, VA 23320


Magnum TA Inc


Magnum Tower Associates
450 Battlefield Blvd N
Chesapeake, VA 23320


Maner Fence
7188 Cross Country Road
Charleston, SC 29423


Nations Rent
16824 Statesville Road
Huntersville, NC 28078

Nationwide Fire Insurance Co
PO Box 96040
Charlotte, NC 28269-0040


NC Department of Revenue
PO Box 1168
Raleigh, NC 27602


Nordstroms
PO Box 79134
Phoenix, AZ 85062-9134


North Carolina ESC
10801 Monroe Road
Matthews, NC 28105


Occuest LLC
PO Box 10741
Raleigh, NC 27605


Ohio Casualty Group
PO Box 5001
Hamilton, OH 45012-5001


Olympic Credit Fund Inc
PO Box 12059
Olympia, WA 98508


Parks Portable Toilets Inc
179 Combs Avenue
PO Box 1611
Goldsboro, NC 27533


Parris Paving & Coating Inc
PO Box 30863
Myrtle Beach, SC 29588


Pierce Landscapes & Nursery Inc
8524 Pierce-Olive Road
Apex, NC 27502


Pinnacle Financial Group Inc
7825 Washington Avenue South Suite 310
Minneapolis, MN 55439

Portable Sanitation Inc
PO Box 355
Apex, NC 27502


Potter & Company
114 North Church Street
Monroe, NC 28112


Presbyterian Carillon Labs
200 Hawthorne Lane
Charlotte, NC 28207


Prime Rate Premium Finance Corporation
PO Box 100507
Florence, SC 29501-0507


Professional Fence Builders
112 Wilford Rd
Blacksburg, SC 29702


Professional Financial
PO Box 6168
Greenville, SC 29606


Radio Frequency System Inc
200 Pondview Drive
Meriden, CT 06450


Radiology Associates P A
PO Box 468
Orangeburg, SC 29116


Reach
1524 E Morehead Street
Charlotte, NC 28207


Reliable Resources
1100 Oak Grove Road
Kings Mountain, NC 28086


Rental Services
PO Box 840514
Dallas, TX 75284-0514

Robert C Dortch Esq
Sellers Inshaw Ayers Dortch & Lyons P A
301 S McDowell Street Ste 410
Charlotte, NC 28204


Robert G McIntosh Esq
The McIntosh Law Firm P C
PO Box 2270
Davidson, NC 28036-2270


RSC Rental Service
1413 S Fraser Street Highway 17
Georgetown, SC 29440


Rushing Electric Company Inc
411 Highway 80
Garden City, GA 31408


S&ME
1330 Highway 501 Business
Conway, SC 29526


Scottsdale Insurance Company
c/o Johnson & Johnson Inc
PO Box 899
Charleston, SC 29402-0899


Secrest Wrecker and Crane Comoany
3501 Rocky River Road North
Monroe, NC 28110


Secrest Wrecker Service Inc
7915 Pleasant Hill Church Road
Marshville, NC 28103


Simpson's Welding
3800 Gribble Road
Matthews, NC 28104


Sink Tower Erection Co Inc
4876 Follansbee Road
Winston Salem, NC 27127

Site Communication Systems
171 W Factory Street
Gallatin, TN 37066


Smith Debnam
PO Box 26268
Raleigh, NC 27611-6268


Southeast Anesthesiology Cons
PO Box 33632
Charlotte, NC 28233-3632


Southeast Pain Management
PO Box 600032
Raleigh, NC 27675-6032


Southeastern Crane
PO Box 30169
Tampa, FL 33630-3169


Southway Crane
PO Box 2109
Lexington, SC 29071


Spartan Financial Services
13730 S Point Blvd
Charlotte, NC 28273


Sprouse & Kurtz PLLC
3109 Poplarwood Court Suite 115
Raleigh, NC 27604


Stymielock LLC
PO Box 398
Pineville, NC 28134


Sunbelt Rentals Inc aka NationsRent
c/o The Sigmon Law Firm P A
PO Box 17249
Raleigh, NC 27619


Superior Automatic Fire Equipment Inc
105 Corporate Blvd
Indian Trail, NC 28079

Tamela T Wallace Esq
Law Office of Tamela T Wallace P A
301 S McDowell Street
Charlotte, NC 28204


Target National Bank
PO Box 59317
Minneapolis, MN 55459-0317


Tracey Tinnel
4031 Valleybrook Road
Charlotte, NC 28270


Travelers Indemnity and Affiliates
PO Box 96359
Chicago, IL 60693-6359


Trinity Electric Company
PO Box 2902
Huntersville, NC 28070


United Directories Yellow Pages
PO Box 95450
Atlanta, GA 30347-0450


United Rentals Inc
Credit Office #214
PO Box 100711
Atlanta, GA 30384-0711


Vickers Fence Co
255 Lois Lane
Pittsboro, NC 27312


Wells Fargo
PO Box 60510
Los Angeles, CA 90060


Wells Fargo
Associated Credit Services
PO Box 9100
Hopkinton, MA 01748-9100

Westchester Premium Acceptance Corp
1-Iron Commercial Premium
PO Box 17600
Denver, CO 80217-0600


Whitco LLC
846 Windy Oaks Way
Lancaster, SC 29720


White Crane Company Inc
3414 Augusta Road
West Columbia, SC 29169


Whitehurst & Sons Fence Co Inc
PO Box 6083
Greenville, NC 27835


Winter Mountain Bottled Water Company
PO Box 970
Durham, NC 27702


Wright Expres Corporation
PO Box 639
Portland, ME 04104

B22A (Official Form 22A) (Chapter 7) (12/08)

| In re | **Terry W Allen** | |
|---|---|---|
| | **Courtney Marie Allen** | |
| | Debtor(s) | |
| Case Number: | | |
| | (If known) | |

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was<br>      filed;<br><br>            OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than<br>            540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                2

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b.  ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c.  ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d.  ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ **5,993.59** | $ **0.00** |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $ 0.00 | $ 0.00 |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 |
| b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 |
| c. | Business income | Subtract Line b from Line a | |

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | $ 0.00 | $ 0.00 |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | **child support** | $ 0.00 | $ 1,700.00 |
| b. | | $ | $ |
| | Total and enter on Line 10 | $ 0.00 | $ 1,700.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ **5,993.59** | $ **1,700.00** |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                                3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **7,693.59** |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **92,323.08** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **NC**  b. Enter debtor's household size:  **8** | $ | **97,734.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                              4

| | **Part VIII. VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **September 22, 2009**        Signature:  **/s/ Terry W Allen**<br>                                                         **Terry W Allen**<br>                                                              *(Debtor)*<br><br>Date:  **September 22, 2009**        Signature  **/s/ Courtney Marie Allen**<br>                                                         **Courtney Marie Allen**<br>                                                              *(Joint Debtor, if any)* |